JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA CAROLINA CALDERON,<br><br>            Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. CV 20-6940-JPR<br><br>**J U D G M E N T** |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Acting Commissioner's request for an order affirming her final decision is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: May 4, 2022

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE