Wendy B. Pfau, SBN: 257215
**POTTER, COHEN, SAMULON & PADILLA**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
wpfau@pottercohenlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMANDA CAROLINA CALDERON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KILOLO KIJAKAZI, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant )<br>)<br>) | Case No.: CV 20-06940 JPR<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs:

**IT IS ORDERED** that the Commissioner shall pay Plaintiff for attorney fees in the amount of $8,200.00 (Eight Thousand, Two Hundred Dollars and No Cents) under the Equal access to Justice Act (EAJA), 28 U.S.C. § 2412(d) subject to the terms of the above-referenced Stipulation.

Date: June 2, 2022     _____
HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

-1-